1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | JAIRON AUGUSTO GUILLEN SOLAREZ,   | CASE NO. 2:24-CV-02912-JDP
12 |                        Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR
                                       | REMAND PURSUANT TO 8 U.S.C. § 1447(b)
13 |             v.                    |
14 | USCIS, ET AL.,                    |
15 |                       Defendants. |

1

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 30 days of the order of remand.

Respectfully submitted,

Dated:  November 14, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: November 14, 2024

By: /s/ SAMEER AVINASH KHEDEKAR
SAMEER AVINASH KHEDEKAR
Counsel for Plaintiff

[PROPOSED] ORDER

Pursuant to 8 U.S.C. § 1447(b), this matter is remanded to U.S. Citizenship and Immigration Services U.S. Citizenship and Immigration Services to adjudicate the naturalization application within 30 days.

IT IS SO ORDERED.

Dated:   November 20, 2024                              _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE